UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APOLLO SAMPLE and SHELBY SAMPLE, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:21-cv-3032-X-BH |
| MIDLAND MORTGAGE CO., | § § § | |
| *Defendant*. | § | |

**ORDER ON MOTION TO WITHDRAW**

After considering Plaintiffs Apollo Sample and Shelby Sample Motion to Allow Mark T Sessums to Withdraw as Counsel for Plaintiffs, the Court finds that the Motion to Withdraw should be and is GRANTED.

It is ordered that Mark T Sessums is hereby withdrawn as counsel of record for Plaintiffs. It is ordered that the docket be amended to reflect that Mark T Sessums has withdrawn as counsel for Plaintiffs and that he no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case.

SIGNED this   22nd   day of  April, 2022.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE