IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APOLLO SAMPLE and SHELBY SAMPLE, | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | Civil Action No. 3:21-CV-3032-X-BH |
| MIDLAND MORTGAGE CO., | § § | |
| Defendant. | § | Referred to U.S. Magistrate Judge[1] |

### ORDER

Based on the *Joint Stipulation of Dismissal*, filed July 13, 2022 (doc. 26), the *Defendant's Motion for Summary Judgment*, filed June 21, 2022 (doc. 18), is **DEEMED MOOT**. The Clerk of Court shall terminate this action based on the joint stipulation.

**SO ORDERED** on this 14th day of July, 2022.

*/s/ Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this case has been automatically referred for full case management.